UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20468-HUCK/LOUIS

UNITED STATES OF AMERICA

v.

CHRISTOPHER NASH,

    **Defendant.**

_____/

**FACTUAL PROFFER**

    The United States of America and Defendant CHRISTOPHER NASH (the "Defendant") agree that, had this case gone to trial, the United States would have proven the following facts beyond a reasonable doubt:

    On or about March 14, 2022, in Miami-Dade County, in the Southern District of Florida, the Defendant was a patient at the Department of Veteran's Affairs (VA) Medical Center in Miami, Florida, which is within the special territorial jurisdiction of the United States. That day, P.L. was also a patient at the VA Medical Center. P.L. was at the nurse's station receiving medication when he was approached by the Defendant. P.L. asked the Defendant to leave him alone. In response, the Defendant swung at P.L. with a fist, striking P.L. In response, P.L. swung his arm toward the Defendant. The Defendant physically engaged P.L. and pulled him to the ground. The Defendant then got on top of P.L. and repeatedly struck P.L. with a closed fist in the head and upper torso. P.L. did not physically respond to the assault once on the ground. The Defendant remained on top of P.L., pinning P.L. to the ground until the Defendant was removed by hospital staff. As he was removed from P.L., the Defendant kicked P.L. in the side. P.L. remained on the ground until he was transported to the emergency room.

As a result of the Defendant's assault, P.L. sustained a broken hip, facial bruising, and a bloody nose. P.L.'s medical treatment for the attack included surgical repair of his broken hip, pain medication and physical therapy.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 11/20/24   By: _____
BRIANNA COAKLEY
ASSISTANT UNITED STATES ATTORNEY

Date: 11/20/24   By: _____
ASHLEY KAY
ATTORNEY FOR DEFENDANT

Date: 11/20/24   By: _____
CHRISTOPHER NASH
DEFENDANT