UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20468-PCH

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CHRISTOPHER NASH**,

    Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING R&R
AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") on Change of Plea [ECF No. 33], which was entered on November 22, 2024.  In the R&R, Magistrate Judge Louis found that the Defendant Christopher Nash freely and voluntarily entered a plea of guilty as to Count I of the Indictment, which charges Defendant with assault resulting in serious bodily injury, in violation of Title 18 U.S.C. § 113(a)(6).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count I, and that a sentencing hearing be conducted for final disposition of this matter.  The Court has reviewed Magistrate Judge Louis' R&R, and the Court has been advised that no objections will be filed.  Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a sentencing

hearing is set for **Monday, February 3, 2025 at 9:30 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on November 27, 2024.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record